UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHNNY MITCHELL HOYT (#479082)

CIVIL ACTION

VERSUS

N. BURL CAIN

NO. 10-0300-FJP-DLD

## OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the petitioner's application for habeas corpus relief shall be dismissed as untimely.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, January 13, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#47079